IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RHONDIA R.,[1]
    Plaintiff,

v.                                                       Case No. 2:23-cv-68

MARTIN O'MALLEY,
Commissioner of Social Security,
    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on December 22, 2023 (ECF No. 13). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)    The Report and Recommendation (ECF No. 13) is ADOPTED as the opinion of this Court.

(2)    Plaintiff's request for a remand (ECF No. 10) is GRANTED.

(3)    Defendant's motion in opposition (ECF No. 11) is DENIED.

(4)    The final decision of the Commissioner is VACATED.

(5)    This case is REMANDED for further proceedings.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: January 19, 2024

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.